

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

## No. 07-19-00181-CV
_____

### IN THE INTEREST OF P.M., A CHILD

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 39,143; Honorable Jack M. Graham, Presiding

June 26, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Pending before this court is the *Motion to Dismiss Appeal* filed by Appellant, C.V., an intervenor in the underlying proceeding to terminate the parental rights existing between M.M., a presumed father, and P.M.[1] Without passing on the merits of the appeal, C.V.'s motion is granted[2] and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1).

---

[1] To protect the privacy of the parties, we refer to them by their initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West Supp. 2018). *See also* TEX. R. APP. P. 9.8(b).

[2] We invoke Appellate Rule 2 to suspend the operation of Appellate Rule 9.5(d) as C.V.'s motion to dismiss did not contain proof of service or a certificate of service. *See* TEX. R. APP. P. 2; 9.5(d), (e).

Having dismissed this appeal at C.V.'s request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam